# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ALLIED HOME MORTGAGE**
**CAPITAL CORPORATION**

    **Plaintiff,**

    v.                    CIVIL NO: 3:07CV82

**BRIAN PALMER and**
**KIMBERLY PALMER,**

    **Defendants.**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Nicole M. Liechty, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7-9-2007

                                                    United States District Judge